UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21690-CIV-ALTONAGA/Goodman

**LUIS DELGADO**,

    Plaintiff,

v.

**RILEA GROUP, INC.**,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to the Court's Order [ECF No. 30] granting in part Defendant, Rilea Group, Inc.'s Motion to Dismiss Plaintiff's Complaint or, Alternatively, Motion for Summary Judgment [ECF No. 20], it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Defendant, Rilea Group, Inc., and against Plaintiff, Luis Delgado.

**DONE AND ORDERED** in Miami, Florida, this 25th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record